AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rendell, Marjorie O. | USCA - 3CA - Philadelphia | 06/30/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge (Active) | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Court of Appeals
601 Market Street, Room 21613
Philadelphia, PA 19106-1598

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors and Executive Committee | Kimmel Center for the Performing Arts |
| 2. | Member, Board of Overseers | School of Nursing, University of Pennsylvania |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 06/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | International Association of Defense Counsel | 04/25/13-04/26/13 | Chicago, IL | Panel for Corporate Counsel | Air, lodging, food |
| 2. | ABOTA Foundation | 10/11/13-10/13/13 | Austin, TX | Forum on Civic Education | Air, lodging, food |
| 3. | Duke University School of Law | 02/25/13-02/26/13 | Raleigh Duram, NC | Judging Moot Court | air, lodging, food |
| 4. | Tenth Anniversary Commemoration Committee | 06/05/13-06/06/13 | Pittsburgh, PA | Keynote Speaker | 1/2 air, lodging, food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 06/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. QUALIFIED | | | | | | | | | |
| 2. Adams Harkness Small Cap | B | Dividend | K | T | Sold (part) | 04/24/13 | J | A | |
| 3. Baron Growth | B | Dividend | K | T | | | | | |
| 4. BlackRock Low Duration Bond | B | Dividend | M | T | Buy (add'l) | 04/24/13 | J | | |
| 5. DFA Emerging Mkts Core Equity | A | Dividend | K | T | | | | | |
| 6. DFA Intl Small Cap Value | B | Dividend | K | T | | | | | |
| 7. DFA Intl Value | B | Dividend | L | T | | | | | |
| 8. DFA One Year Fixed | A | Dividend | M | T | Buy (add'l) | 04/24/13 | K | | |
| 9. DFA Global Real Estate Securities | B | Dividend | K | T | | | | | |
| 10. DFA US Large Cap Value | B | Dividend | L | T | Sold (part) | 04/24/13 | J | B | |
| 11. DFA U.S. Micro Cap | B | Dividend | K | T | Sold (part) | 04/24/13 | J | B | |
| 12. DFA U.S. Small Cap Value | B | Dividend | L | T | Sold (part) | 04/24/13 | J | A | |
| 13. Dodge & Cox Stock | A | Dividend | K | T | Sold (part) | 04/24/13 | J | A | |
| 14. E.I.I. Global Property Inst. | A | Dividend | K | T | | | | | |
| 15. Federated Gov. Ultrashort Duration | A | Dividend | M | T | Buy (add'l) | 04/24/13 | J | | |
| 16. First Eagle Overseas | B | Dividend | K | T | | | | | |
| 17. Hotchkis & Wiley Large Cap Value | A | Dividend | K | T | Sold (part) | 04/24/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hotchkis & Wiley Mid Cap Value | A | Dividend | L | T | Sold (part) | 04/24/13 | J | C | |
| 19. Ivy Mid Cap Growth | B | Dividend | K | T | Sold (part) | 04/24/13 | J | A | |
| 20. Janus Fund | A | Dividend | K | T | | | | | |
| 21. Janus Overseas Fund | B | Dividend | K | T | | | | | |
| 22. Maingate MLP FD CL I | C | Dividend | L | T | | | | | |
| 23. Mainstay Marketfield FD CL I | A | Dividend | K | T | Buy | 11/01/13 | K | | |
| 24. Metropolitan West Total Return | C | Dividend | M | T | Buy (add'l) | 04/24/13 | J | | |
| 25. Morgan Stanley Inst Emerging Markets | B | Dividend | K | T | | | | | |
| 26. Morgan Stanley Inst International Equity | A | Dividend | L | T | | | | | |
| 27. Royce Opportunity | C | Dividend | L | T | Sold (part) | 04/24/13 | K | A | |
| 28. RS Global Natural Resources FD | A | Dividend | K | T | Buy (add'l) | 07/24/13 | J | | |
| 29. Schwab Adv Cash Reserve Prem | | None | J | T | | | | | |
| 30. Third Avenue Intl Value | A | Dividend | K | T | | | | | |
| 31. Thornburg Intl Value | A | Dividend | K | T | | | | | |
| 32. Turner Growth Fund | A | Dividend | | | Sold | 11/04/13 | K | D | |
| 33. Westcore Int't (Frontier) Small Cap | A | Dividend | K | T | | | | | |
| 34. Westcore Mid Cap Value | A | Dividend | K | T | Sold (part) | 04/24/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Westcore Midco Growth | D | Dividend | K | T | | | | | |
| 36. William Blair International Growth | A | Dividend | K | T | | | | | |
| 37. William Blair Lg Cap Growth | A | Dividend | K | T | | | | | |
| 38. William Blair Intl Small Cap Growth | B | Dividend | K | T | | | | | |
| 39. William Blair Mid Cap Growth | B | Dividend | K | T | | | | | |
| 40. William Blair Small Cap Growth | C | Dividend | K | T | | | | | |
| 41. PERSONAL | | | | | | | | | |
| 42. Baron Growth Fund | A | Dividend | K | T | | | | | |
| 43. DFA Emerging Markets Core Equity | A | Dividend | K | T | Buy (add'l) | 09/26/13 | J | | |
| 44. DFA Global Real Estate Securities | A | Dividend | K | T | Buy (add'l) | 09/26/13 | J | | |
| 45. DFA Short Term Muni Bond | A | Dividend | L | T | Buy (add'l) | 09/26/13 | K | | |
| 46. DFA Tax Managed Int'l Value | A | Dividend | L | T | | | | | |
| 47. DFA Tax Managed US Marketwide Value | A | Dividend | K | T | | | | | |
| 48. DFA Tax Managed US Targeted Value | B | Dividend | K | T | | | | | |
| 49. DFA US Micro Cap | A | Dividend | J | T | | | | | |
| 50. Dodge & Cox Stock | A | Dividend | J | T | | | | | |
| 51. E.I.I Global Property Inst | A | Dividend | K | T | Buy (add'l) | 09/26/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Federated Short Interm Muni | B | Dividend | L | T | Buy (add'l) | 09/26/13 | K | | |
| 53. First Eagle Overseas | B | Dividend | K | T | Buy (add'l) | 09/26/13 | J | | |
| 54. GlaxoSmithKline PLC | B | Dividend | K | T | Donated (part) | | | | |
| 55. Hotchkis & Wiley Large Cap Value | A | Dividend | K | T | | | | | |
| 56. Hotchkis & Wiley Mid Cap Value | A | Dividend | K | T | | | | | |
| 57. Janus Fund | A | Dividend | K | T | | | | | |
| 58. Janus Overseas Fund | B | Dividend | K | T | Buy (add'l) | 09/26/13 | J | | |
| 59. Maingate MLP FD | B | Dividend | K | T | Buy (add'l) | 09/26/13 | K | | |
| 60. Mainstay Marketfield FD I | A | Dividend | K | T | Buy | 11/04/13 | K | | |
| 61. Metropolitan West Total Return Bond | B | Dividend | L | T | Sold (part) | 09/26/13 | K | | |
| 62. Morgan Stanley Inst Int'l Equity | A | Dividend | K | T | Buy (add'l) | 09/26/13 | J | | |
| 63. Royce Opportunity Investment | C | Dividend | K | T | | | | | |
| 64. RS Global Natural Resources Fund | A | Dividend | K | T | Buy (add'l) | 09/26/13 | J | | |
| 65. Schwab Advisor Premium Cash Reserve | A | Dividend | N | T | | | | | |
| 66. Third Avenue Int'l Value Fund | A | Dividend | L | T | Buy (add'l) | 09/26/13 | J | | |
| 67. Thornburg International Value | A | Dividend | K | T | Buy (add'l) | 09/26/13 | J | | |
| 68. Thornburg Limited Term Muni | B | Dividend | L | T | Buy (add'l) | 09/26/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 06/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Turner Large Cap Growth | A | Dividend | | | Sold | 11/04/13 | K | B | |
| 70. Wal-Mart Stores, Inc. | A | Dividend | | | Donated | | | | |
| 71. Westcore Int'l Small Cap | B | Dividend | K | T | Buy (add'l) | 09/26/13 | J | | |
| 72. Westcore Mid-Cap Value | A | Dividend | K | T | | | | | |
| 73. Westcore Midco Growth | D | Dividend | K | T | | | | | |
| 74. William Blair Mid Cap Growth | B | Dividend | K | T | Buy (add'l) | 09/26/13 | J | | |
| 75. William Blair Small Cap Growth | C | Dividend | K | T | | | | | |
| 76. William Blair Large Cap Growth | B | Dividend | K | T | | | | | |
| 77. ▪▪▪ | | | | | | | | | |
| 78. Schwab Advisor Premium Cash Reserve | A | Dividend | J | T | | | | | |
| 79. Rental Property in Ocean City, NJ (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 06/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 06/30/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marjorie O. Rendell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544